UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BREAKING GLASS PICTURES, LLC,

    Plaintiff,

v.                                          Case No:  2:13-cv-331-FtM-38DNF

ALEXIS DEVORA,

    Defendant.
_____/

### **ORDER[1]**

    This matter comes before the Court on Plaintiff's Motion to Compel Defendant to Participate in the Case Management Conference, Motion for Leave to Hold Management Conference via Telephone, and Motion for Extension of Time to File the Case Management Report (Doc. #19) filed on April 21, 2014. The Court held a preliminary pre-trial conference hearing on April 28, 2014. Defendant Alexis Devora failed to attend. The Court issued its own Case Management and Scheduling Order heeding to Plaintiff Breaking Glass Pictures, LLC's request to extend the typical deadlines in light of it being difficult thus far to coordinate and work with Defendant Devora. Since the Case Management and Scheduling Order has now been issued in this matter, the pending motion is due to be denied as moot. Nonetheless, Defendant Alexis Devora is hereby warned that he needs to participate in this case, follow the proper legal rules, and comply

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

with Court orders. Failure to do so could result in the imposition of sanctions. Sanctions may include but are not limited to an award of reasonable attorney's fees and costs, the striking of pleadings, the entry of default, the dismissal of the case, and a finding of contempt of court. See e.g., Central Florida Council Boy Scouts of America, Inc. v. Rasmussen, No. 6:07-cv-1091-Orl-19GJK, 2009 WL 1659703, at *3 (M.D. Fla. June 12, 2009) (citations omitted).

Accordingly, it is now

**ORDERED:**

1. Plaintiff's Motion to Compel Defendant to Participate in the Case Management Conference, Motion for Leave to Hold Management Conference via Telephone, and Motion for Extension of Time to File the Case Management Report (Doc. #19) is **DENIED as moot**.

2. The Clerk is directed to mail a copy of this Order to the *pro se* Defendant.

**DONE** and **ORDERED** in Fort Myers, Florida this 28th day of April, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record