UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BREAKING GLASS PICTURES, LLC,

    Plaintiff,

v.                                                                                  Case No:   2:13-cv-331-FtM-38DNF

ALEXIS DEVORA,

    Defendant.
    _____/

### **ORDER[1]**

    The Court held a show cause hearing in this matter on January 12, 2015.  The Court issued an Order to Show Cause on December 22, 2014, directing Defendant Alexis Devora to show cause in writing why sanctions should not be imposed for failure to comply with Court orders and for not participating in this litigation. (Doc. #30). The Court indicated failure to comply with the Order to Show Cause may result in sanctions including striking the answer without further notice, entry of clerk's default, and judgment of liability against Defendant.  (Doc. #30).  In addition, the Court set a hearing on January 12, 2015, at 2:00 p.m. and directed Defendant to appear at the hearing.

    On January 12, 2015, Plaintiff's Counsel Catherine Yant appeared via telephone. Defendant did not appear.  For the reasons stated on the record, the Court finds Defendant is non-compliant with Court orders and has failed to participate in this litigation.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

As such, the imposition of sanctions is appropriate. See generally Glanzrock v. Patriot Roofing Indus., Inc., No. 8:07-cv-535-T-33MAP, 2008 WL 3833950 (M.D. Fla. Aug. 15, 2008) (finding a sanction of striking an answer was appropriate in light of a defendant's pattern of noncompliance throughout the case.).

Accordingly, it is now

**ORDERED:**

1) Defendant's Answer (Doc. #16) is hereby **STRICKEN**.

2) The Clerk is directed to strike Defendant's Answer from the record but not delete the Answer from the record, issue a clerk's default against Defendant, and mail a copy of this Order to Defendant.

3) Plaintiff's Second Motion for Sanctions (Doc. #28) is **DENIED AS MOOT**.

4) The Court reserves ruling on the issue of attorney's fees.

5) Plaintiff is directed to file a motion for default judgment within ten (10) business days of the date of this Order.

**DONE** and **ORDERED** in Fort Myers, Florida this 14th day of January, 2015.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record